KNOLL, Justice,
additionally concurring.
^ The Daubert/Foret standard of eviden-tiary reliability requires an expert’s opinion be grounded in methods and procedures of science, rather than subjective belief or unsupported speculation. See Daubert v. Merrell Dow Pharmaceuticals, Inc., 509 U.S. 579, 590, 113 S.Ct. 2786, 2795, 125 L.Ed.2d 469 (1993); State v. Foret, 628 So.2d 1116 (La.1993). In light of the record evidence demonstrating the “field of eyewitness identification psychology” has no known error rate, no reliable testing format, insufficiently quantifiable findings, non-falsifiable theories, and lacks a methodology generally accepted in the scientific community, I find the State has more than convincingly demonstrated an expert’s testimony regarding this “field of eyewitness identification psychology” will never be able to satisfy the applicable standard. Therefore, in my view, the resolution of the issue in this case concerning the admissibility of expert testimony regarding this “junk science” is best resolved by the adoption of a per se/bright-line rule of inadmissibility.